IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
-8 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 1:19CR283 |
| ) | |
| OKSANA VOVK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the Defendant's Motion to Dismiss Indictment and Motion to Suppress Statements. For the reasons stated from the bench, it is hereby

ORDERED that the Defendant's Motion to Dismiss is DENIED, and the Defendant's Motion to Suppress Statements is resolved.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 8, 2019